# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Felicia Sanders, individually and as Legal Custodian of K.M., a minor, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>United States of America, )<br><br>Respondent. ) | C.A. No. 2:16-2356-RMG<br><br>*consolidated with* 2:16-2350; 2:16-2351; 2:16-2352; 2:16-2354; 2:16-2355; 2:16-2357; 2:16-2358; 2:16-2359; 2:16-2360; 2:16-2405; 2:16-2406; 2:16-2407; 2:16-2409; and 2:16-2746. |

Plaintiffs have moved for the undersigned to recuse pursuant to 28 U.S.C. § 455(a) and (b). (Dkt. No. 103). 28 U.S.C. § 455(a) provides that a judge must recuse even if there is no actual bias or partiality toward any party "so long as the public might reasonably believe" there is a lack of impartiality. *Liljeberg v. Health Services Acquisition Corp.*, 486 U.S. 847, 860 (1988). The Court respectfully disagrees with the contentions that recusal is mandated in this matter but is reluctant to impose upon the litigants in this complex litigation any risk that a final decision of this Court might be overturned on appeal over a public appearance issue. Consequently, the Court grants the Plaintiffs' motion for recusal under § 455(a).

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

January 28, 2020
Charleston, South Carolina